IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMPLETE BUSINESS SOLUTIONS GROUP, | : : | |
| *Plaintiff,* | : : | CIVIL ACTION |
| v. | : : | NO.: 17-4069 |
| THOMAS ALAN SEUSS, | : : | |
| *Defendant.* | : | |

## ORDER

**AND NOW**, this 24th day of June, 2019, upon consideration of Defendant's Motion for Reconsideration (ECF No. 20) of this Court's Order dated September 11, 2018 (ECF No. 19), which denied Defendant's Motion to Open Confession of Judgment (ECF No. 2), Plaintiff's Opposition to Defendant's Motion for Reconsideration (ECF No. 23), and Defendant's Reply (ECF No. 30), it is hereby **ORDERED** that Defendant's Motion for Reconsideration is **GRANTED**, in part, and **DENIED**, in part as follows:

1. Defendant's Motion for Reconsideration is **DENIED** as to the December 2016 Factoring Agreement (ECF No. 2-5).

2. Defendant's Motion for Reconsideration is **GRANTED** as to the April 2017 Factoring Agreement (ECF No. 2-6).

It is further **ORDERED** that this Court's Order dated September 11, 2018 is **VACATED** as to the April 2017 Factoring Agreement, and Defendant's Motion to Open Confession of Judgment is **GRANTED** as to the April 2017 Factoring Agreement **only**. The confession of judgment entered as to the December 2016 Factoring Agreement shall remain in effect.

BY THE COURT:

*/s/ C. Darnell Jones, II*
C. DARNELL JONES, II        J.